UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MARDEN'S ARK, INCORPORATED, | Case No. 19-CV-1653 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| UNITEDHEALTH GROUP INCORPORATED, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on February 9, 2021 [ECF No. 106],

IT IS ORDERED that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, without costs or disbursements to any party.

Dated: February 9, 2021

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge