# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marden's Ark, Inc., | Case No. 19-cv-1653 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| UnitedHealth Group, Inc., | |
| Defendant. | |

The parties jointly moved for continued sealing (Docket Nos. 95 & 105) under Local Rule 5.6 asking this Court to seal three documents. These documents relate to a discovery dispute: Marden's Ark's motion to compel. Marden's Ark has filed a public redacted version of two documents (Docket Nos. 86 & 88) but believes redaction of the exhibit is impractical (Docket No. 88-1).

The parties agree that the documents should remain sealed. Having reviewed the documents, the Court finds good cause for sealing and the redactions appropriate.

**ORDER**

For these reasons, IT IS HEREBY ORDERED:

1. Parties' Joint Motion for Continued Sealing [Docket No. 95] and Amended Joint Motion for Continued Sealing [Docket No. 105] are **GRANTED**.

2. The Clerk shall permanently seal the following docket entries:

   a. Docket No. 91, SEALED Memorandum, October 30, 2020;

   b. Docket No. 92, SEALED Declaration of Avi Kaufman, October 30, 2020;

   c. Docket No. 92-1, SEALED Exhibit 1, October 30, 2020.

Dated: February 18, 2021         _s/ David T. Schultz_____
                                  DAVID T. SCHULTZ
                                  United States Magistrate Judge